IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**MONTE C. PIERCE,**                              **CASE NO. 8:06CV286**

        **Plaintiff,**

v.                                                  **ORDER SETTING HEARING**

**VASCA, INC.,**

        **Defendant.**

Pursuant to the Court's Memorandum and Order Granting the Plaintiff's Motion for Default Judgment, an evidentiary hearing on the Plaintiff's damages has been scheduled. The Court has set aside two hours for the hearing. Accordingly,

IT IS ORDERED:

1. The evidentiary hearing on the Plaintiff's damages shall commence on Monday, September 25, 2006, at 9:00 a.m. before the undersigned in Courtroom No. 2, at the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; and

2. If there are any significant issues of law regarding the Plaintiff's right to recover damages, the measure of damages, or any related legal issues, then Plaintiff shall file a brief that addresses those issues on or before Monday, September 18, 2006.

Dated this 19th day of June, 2006.

                                                  BY THE COURT:

                                                  s/Laurie Smith Camp
                                                  United States District Judge