# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MONTE C. PIERCE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV286** |
| vs. ) | |
| ) | **ORDER** |
| **VASCA INC.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the defendant's MOTION TO CONTINUE THE DATE OF SUBMISSION OF REPORT OF PARTIES' PLANNING CONFERENCE [24]. For good cause shown, and upon the representation that there is no objection, the court finds that the motion should be granted.

**IT IS ORDERED** that the motion [24] is granted. The April 20, 2007 deadline for filing a Rule 26(f) planning report is suspended pending the district court's ruling on defendant's dispositive motion. If necessary, a new reporting deadline will be set by further order of the court.

**DATED April 19, 2007.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**