# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONTE C. PIERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV286 |
| vs. ) | |
| ) | SCHEDULING ORDER |
| VASCA INC., ) | |
| ) | |
| Defendant. ) | |

In light of Judge Smith Camp's order [26] denying the defendant's motion to dismiss for lack of subject matter jurisdiction,

**IT IS ORDERED** that the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and shall file the report of their planning conference no later than **June 15, 2007.**

**DATED May 16, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**