# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MONTE C. PIERCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV286** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **VASCA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

By text order dated August 2, 2007, all parties were given until October 1, 2007 to identify their expert witnesses (i.e., **without** the full reports required by Rule 26(a)(2)). Defendant subsequently filed a motion for extension of time to serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2). That deadline has not yet been set and will be set at the time of the parties' planning conference, now set for 11:00 AM on October 11, 2007.

**IT THEREFORE IS ORDERED** that defendant's Motion [36] is denied without prejudice to reassertion at the time of the October 11, 2007 planning conference.

**DATED August 3, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**