## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MONTE C. PIERCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV286** |
| vs. | ) | |
| | ) | **ORDER** |
| **VASCA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk of the Court advises that the defendant, Vasca, Inc., has not timely filed a Corporate Disclosure Statement in accordance with the Clerk's Notice served on September 25, 2007 (Filing 40). The Notice states:

> TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Defendant Vasca Inc. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(CCB) (Entered: 09/25/2007)

Fed. R. Civ. P. 7.1 requires that the party must file its statement "with its first appearance, pleading, petition, motion, response, or other request addressed to the court[,]" which, in this case, was January 30, 2007. The records of the court show that the notice was electronically mailed to all counsel of record on September 25, 2007 and was not returned undelivered.

**IT IS ORDERED** that the defendant, Vasca Inc. shall electronically file its corporate disclosure statement in compliance with Fed. R. Civ. P. 7.1 no later than **October 29, 2007** or show cause why sanctions should not be imposed for failure to do so.

**DATED October 22, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**