## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MONTE C. PIERCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV286** |
| vs. | ) | |
| | ) | **ORDER** |
| **VASCA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff has filed a Motion to Compel Discovery [50]. The motion does not include the information required by NECivR 7.1(i)(2), which provides: "A discovery motion shall include in the text of the motion or in an attachment a verbatim recitation of each interrogatory, request, answer, response, and objection that is the subject of the motion."

**IT IS ORDERED** that the Motion to Compel [50] is held in abeyance, and plaintiff is given until and including Thursday, **January 10, 2008**, to file a Supplement or Evidence Index containing a verbatim recitation of each interrogatory, request, answer, response, or objection that is the subject of the motion.

**DATED January 4, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**